## The State v. O'Lacy.

CRIMINAL LAW: SENTENCE HELD NOT EXCESSIVE.

*Appeal from Linn District Court.*

SATURDAY, DECEMBER 18, 1880.

• THE defendant was indicted for, and convicted of, the crime of burglariously breaking and entering a dwelling house in the night time, with the intent to- commit larceny. Judgment was rendered whereby he was sentenced to the penitentiary for seven years, from which judgment he appeals.

*Wing & Finke*, for appellant.

*J. F. McJunkin, Attorney General*, for the State.

ADAMS, CH. J.—The defendant complains that the judgment is excessive, and that the verdict is not sustained by the evidence.

The evidence tends to show that the burglary was committed by the defendant. and one John Foster. In the case of *The State v. Foster*, decided at the present term, we held that the judgment was not excessive and that the verdict was sustained by the evidence. Judgment of imprisonment for the same length of time was rendered against Foster, and the evidence against him was substantially the same as the evidence against the defendant. In our opinion the court did not err, and the judgment must be

AFFIRMED.